DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFRED O. BONATI, M.D.,**
Appellant,

v.

**PENNINGTON, P.A., et al.,**
Appellee.

No. 4D20-865

[August 27, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE16-012877.

Samuel J. Heller and Marc J. Wolfson of Heller Law, PLLC, St. Petersburg, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anita J. Patel, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***